IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TREBOR BOWMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:14-CV-1203-WKW |
| | ) |
| CBE GROUP, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the court is the Parties' Joint Stipulation of Dismissal (Doc. # 9), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Based upon the Notice, it is ORDERED that the order of referral (Doc. # 8) is VACATED.  Because this action has been dismissed with prejudice on the terms agreed to and set out by the parties by operation of Rule 41(a)(1)(A)(ii), the Clerk of the Court is DIRECTED to close this case.

DONE this 13th day of February, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE